1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| STANDARD DRYWALL, INC., a California corporation, | CASE NO: 5:14-00600-TJH-AJW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER   [JS-6] |
| v. | Assigned for:<br>Case Management:<br>Hon. Terry J. Hatter, Courtroom 17 |
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; DARWIN SELECT INSURANCE COMPANY, an Arkansas corporation; and DOES 1 through 25, | Complaint Filed: February 18, 2014<br>Trial Date:           Not Set |
| Defendants. | |

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

5:14-00600-TJH-AJW

Pursuant to the stipulation of the parties and for good cause shown:

1. The action is dismissed with prejudice.
2. No party is awarded fees or costs.

IT IS SO ORDERED.

DATED: _____MAY 15__, 2015       _____
                                    HON. TERRY J. HATTER, JR.

576.123/3888398.nlh

2

5:14-00600-TJH-AJW